IN UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKET SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No. 06-cv-~~1316~~ 4084<br>MDL NO. 1699 |
| This document relates to | Judge Charles L. Breyer |
| CLARENCE HALE,<br><br>    Plaintiff,<br><br>v.<br><br>PFIZER, INC.,<br><br>    Defendant. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now that Plaintiff, CLARENCE HALE, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

Dated: May 3, 2007

Respectfully submitted,

By: _____
Robert K. Shelquist, #21310X
Yvonne M. Flaherty, #267600
100 Washington Avenue South,
Suite 2200
Minneapolis, MN 55401
Telephone:   612-339-6900
Facsimile:   612-339-0981

ATTORNEYS FOR PLAINTIFF

Dated: May 3, 2007  By: _____
Stuart M. Gordon
Gordon & Rees, L.L.P.
275 Battery Street, Suite 2000
San Francisco, CA 94111
415-986-5900
415-986-8054 fax

DEFENDANT'S LIAISON COUNSEL

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 9, 2007    _____
Honorable Charles R. Breyer
United States District Court

